**Order entered June 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00468-CV

## IN THE MATTER OF T.P., A CHILD

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JD-77361-X

## ORDER

In an order dated May 27, 2014, the Court notified Pamela Sumler, Official Court Reporter for the 305th Judicial District Court of Dallas County, Texas, that appellant had been found indigent and ordered her to file the reporter's record by June 26, 2014. The following day, the Court received a letter from Pamela Sumler stating that the order presented to the trial court judge denied appellant's request to proceed as indigent. This is incorrect. On May 16, 2014, the Honorable Cheryl Lee Shannon, Judge of the 305th Judicial District Court of Dallas County, Texas, signed an order finding appellant indigent. A courtesy copy of this order is attached.

Accordingly, we again **ORDER** Pamela Sumler to file the reporter's record by **JUNE 26, 2014**. We caution Pamela Sumler that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the Honorable Cheryl Lee Shannon, Pamela Sumler, and counsel for all parties.

/s/　　ADA BROWN
　　　 JUSTICE